1  **GEARINGER LAW GROUP**
2  740 FOURTH STREET
   SANTA ROSA, CALIFORNIA 95404
3  Tel. (415) 440-3102
   brian@gearingerlaw.com
4  BRIAN GEARINGER (State Bar #146125)

5
   PAUL NATHAN (State Bar #262697)
6  **LAW OFFICES OF PAUL H. NATHAN**
   72A Main Street
7  Tiburon, California 94920
   Telephone:           415-341-1144
8  Facsimile:           415-341-1155

9
10 Attorneys for Plaintiff I.R., a minor

11
                    IN THE UNITED STATES DISTRICT COURT
12
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN FRANCISCO DIVISION
14

15

| | |
|---|---|
| I.R. a minor, through her Guardian Ad Litem, SHERRI RODRIGUEZ, | Case No.: 4:21-cv-00726 |
| Petitioner, | **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| v. | Action Filed: January 29, 2021 |
| PETALUMA CITY SCHOOLS, STEFAN SCHAEFFER, OFFICER DAN MILLER, KRISTINA LEWIS, NATHAN CONTE, HAYLEI WATSON WHITE, ALYSSA HODGES, PAYTON YEOMAS, KIM LEWIS a.k.a. KIM BADENHOP, NICOLE WATSON, PETER M. WATSON, AMANDA M. LORENZEN, TRISHA L. CONTE, JONATHAN L. CONTE, and DOES 1 to 80, | Trial Date: Not Yet Set |
| Defendants. | |

-1-

*I.R. v. Petaluma City Schools District, et al.*, Case No. 4:21-cv-00726
PETITION AND ORDER FOR APPOINTMENT GUARDIAN AD LITEM

Petitioner, SHERRI RODRIGUEZ, states as follows:

1. I am the mother of I.R., a minor of the age of 15 years.

2. On January 29, 2021, I.R., filed an action against the PETALUMA CITY SCHOOLS, STEFAN SCHAEFFER, OFFICER DAN MILLER, KRISTINA LEWIS, NATHAN CONTE, HAYLEI WATSON WHITE, ALYSSA HODGES, PAYTON YEOMAS, KIM LEWIS A.K.A. KIM BADENHOP, NICOLE WATSON, PETER M. WATSON, AMANDA M. LORENZEN, TRISHA L. CONTE, JONATHAN L. CONTE, And DOES 1 to 80 for Federal Civil Rights Violations, Negligence, Battery and Assault. The action stems from an incident in which I.R. was injured while in the care of Defendants.

3. I have full custody of I.R. and no previous petition for appointment of guardian *ad litem* had been filed in this matter.

4. My address is 3172 N. Rainbow Blvd., PMB 31291, Las Vegas NV 89108. I am a competent and responsible person, and fully competent to act as a guardian *ad litem* for I.R.

5. The address of I.R. is: 3172 N. Rainbow Blvd., PMB 31291, Las Vegas NV 89108.

6. I am willing to act as guardian *ad litem* for C.M., as confirmed by my consent attached hereto.

WHEREFORE, Petitioner moves the Court for an order appointing her as guardian *ad litem* of C.M. for the purpose of bringing and maintaining an action against the John Swett Unified School District, Sonya Graffam, and Does 1 to 50.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*I.R. v. Petaluma City Schools District, et al., Case No. 4:21-cv-00726*
PETITION AND ORDER FOR APPOINTMENT GUARDIAN AD LITEM

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of February, 2021, at Santa Rosa, California.

GEARINGER LAW GROUP

By: /s/ Brian Gearinger
BRIAN GEARINGER
Attorneys for Plaintiff I.R., a Minor, through her Guardian ad Litem, Sherri Rodriguez

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I, Sherri Rodriguez, consent to act as guardian *ad litem* in the above action

Dated:  February 9, 2021

_____
SHERRI RODRIGUEZ

**ORDER**

The petition for an order appointing Sherri Rodriguez as guardian *ad litem* of I.R. is GRANTED.

IT IS SO ORDERED

Dated: February 17, 2021

_____
THE HONORABLE DONNA M. RYU
United States District Court Magistrate

IT IS SO ORDERED
Judge Donna Ryu

-3-

*I.R. v. Petaluma City Schools District, et al.*, Case No. 4:21-cv-00726
PETITION AND ORDER FOR APPOINTMENT GUARDIAN AD LITEM