**GEARINGER LAW GROUP**
740 Fourth Street
Santa Rosa, California 95404
Tel. (415) 440-3102
brian@gearingerlaw.com
BRIAN GEARINGER (State Bar #146125)

PAUL NATHAN (State Bar #262697)
**LAW OFFICES OF PAUL H. NATHAN**
72A Main Street
Tiburon, California 94920
Telephone:        415-341-1144
Facsimile:         415-341-1155

Attorneys for Plaintiff I.R., a minor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I.R. a minor, through her Guardian Ad Litem, SHERRI RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>PETALUMA CITY SCHOOLS , STEFAN SCHAEFFER, KRISTINA LEWIS, NATHAN CONTE, HAYLEI WHITE WATSON, ALYSSA HODGES, PAYTON YEOMANS, MICHELE YEOMANS, ROBERT YEOMANS, KIMBERLY ANN THOMASON, KEVIN LEWIS, NICOLE S. WHITE WATSON, AMANDA M. LORENZEN, JENNIFER JEANNE CONTE, RAYMOND MATTHEW CONTE, MICHELE YEOMANS, ROBERT YEOMANS, and DOES 1 to 80,<br><br>Defendants. | Case No.: 21-cv-00726-DMR<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF STIPULATION AND [PROPOSED]  ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Action Filed: January 29, 2021<br>Trial Date:    Not set. |

-1-

*I.R. v. Petaluma City Schools District, et al.*    NOTICE OF WITHDRAWAL OF STIPULATION TO FILE
                                                     FIRST AMENDED COMPLAINT FOR DAMAGES

Plaintiff, I.R., a minor, hereby withdraws the STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT filed October 30, 2021 (Dckt. #35), and will be submitted a further proposed stipulation with a further Amended Complaint.

DATED:  April 1, 2021                         GEARINGER LAW GROUP

By: ___/s/ *Brian Gearinger*_____
      BRIAN GEARINGER
Attorneys for Plaintiff I.R., a minor

LAW OFFICES OF PAUL H. NATHAN

By: ___/s/ *Paul Nathan*_____
      PAUL NATHAN
Attorneys for Plaintiff I.R., a minor

-2-

*I.R. v. Petaluma City Schools District, et al.*        NOTICE OF WITHDRAWAL OF STIPULATION TO FILE
                                                        FIRST AMENDED COMPLAINT FOR DAMAGES