Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Lauren E. Wood, State Bar No. 280096
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: eelliot@bfesf.com
       elowry@bfesf.com
       lwood@bfesf.com

Attorneys for Defendant
PETALUMA CITY SCHOOLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R. a minor, through her Guardian Ad Litem, SHERRI RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>PETALUMA CITY SCHOOLS, STEFAN SCHAEFFER, OFFICER DAN MILLER, KRISTINA LEWIS, NATHAN CONTE, HAYLEI WATSON WHITE, ALYSSA HODGES, PAYTON YEOMAS, KIM LEWIS a.k.a. KIM BADENHOP, NICOLE WATSON, PETER M. WATSON, AMANDA M. LORENZEN, TRISHA L. CONTE, JONATHAN L. CONTE, and DOES 1 to 80,<br><br>Defendants. | Case No. 4:21-cv-00726-DMR<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br><br><br><br><br><br><br><br><br><br>**Hon. Donna M. Ryu** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Lauren E. Wood of Bertrand, Fox, Elliot, Osman & Wenzel, 2749 Hyde Street, San Francisco, California, 94109, hereby appears as counsel on behalf of defendant PETALUMA CITY SCHOOLS. All pleadings and other documents in this action should also be directed to the attention of said counsel.

Dated:  April 6, 2021    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:   */s/ Lauren E. Wood*
Eugene B. Elliot
Ethan M. Lowry
Lauren E. Wood
Attorneys for Defendant
PETALUMA CITY SCHOOLS

---

1

NOTICE OF APPEARANCE OF COUNSEL
USDC Case No.: 4:21-cv-00726-DMR