| | |
|---|---|
| Brian Gearinger, State Bar No. 146125<br>GEARINGER LAW GROUP<br>704 Fourth Street<br>Santa Rosa, CA 95404<br>Tele: (415) 440-3102<br>Fax: (415) 440-3103<br>Email: brian@gearingerlaw.com<br><br>Paul Nathan, State Bar No. 262697<br>LAW OFFICES OF PAUL H. NATHAN<br>72A Main Street<br>Tiburon, CA 94920<br>Tele: (415) 341-1144<br>Fax: (415) 341-1155<br>Email: paul@nathanlawoffices.com<br><br>Attorneys for Plaintiff<br>I.R., a minor | Eugene B. Elliot, State Bar No. 111475<br>Ethan M. Lowry, State Bar No. 278831<br>Lauren E. Wood, State Bar No. 280096<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile: (415) 353-0990<br>Email: eelliot@bfesf.com<br>elowry@bfesf.com<br>lwood@bfesf.com<br><br>Attorneys for Defendants<br>PETALUMA CITY SCHOOLS and STEFAN SCHAEFFER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R. a minor, through her Guardian Ad Litem, SHERRI RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>PETALUMA CITY SCHOOLS , STEFAN SCHAEFFER, KRISTINA LEWIS, NATHAN CONTE, HAYLEI WATSON WHITE, ALYSSA HODGES, PAYTON YEOMANS, MICHELE YEOMANS, ROBERT YEOMANS, KIMBERLY ANN THOMASON, KEVIN LEWIS, NICOLE S. WATSON WHITE, AMANDA M. LORENZEN, JENNIFER JEANNE CONTE, RAYMOND MATTHEW CONTE, and DOES 9 to 80,<br><br>    Defendants. | Case No. 4:21-cv-00726-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING FORTH A BRIEFING SCHEDULE \*\*AS MODIFIED\*\***<br><br><br><br><br><br><br><br><br><br><br><br>**Hon. Donna M. Ryu** |

Pursuant to Northern District of California Local Rules 6-1, 6-2, and 7-12, Plaintiff I.R. and Defendants PETALUMA CITY SCHOOLS and STEFAN SCHAEFFER (collectively referred to herein as the "Parties"), by and through their counsel of record, hereby represent to the Court as follows:

On April 21, 2021, Plaintiff filed her First Amended Complaint ("FAC") in the United States District Court, Northern District of California.

Defendants PETALUMA CITY SCHOOLS ("PCS") and STEFAN SCHAEFFER's (collectively "District Defendants") responsive pleading is due May 5, 2021.

The District Defendants intend to file a motion to dismiss the FAC and require additional time to prepare their motion.

Plaintiff's counsel will be unavailable at the end of May and requires additional time beyond the fourteen (14) days provided for in Local Rule 7-3(a) to prepare Plaintiff's opposition.

Therefore, the parties hereby stipulate and agree that the time within which the District Defendants may file and serve a response to the FAC shall be extended by fourteen (14) days, from the current response date, May 5, 2021, to May 19, 2021, pursuant to Local Rule 6-1 (a).

The parties further stipulate and agree, pursuant to Local Rules 6-1 (b) and 6-2 (a), to the following briefing schedule for the District Defendants' motion to dismiss the FAC:

1) The District Defendants shall reserve a hearing date of July 22, 2021 when they file their motion;

2) Plaintiff shall have until June 9, 2021, to file her opposition to the District Defendants' motion to dismiss, which is twenty-one (21) days from the date the motion will be filed; and

3) The District Defendants shall have until June 23, 2021, to file a reply brief in support of their Motion to Dismiss, which is fourteen (14) days from the date the opposition is due.

The stipulation is for good cause and will not result in undue delay in the administration of this case. No other requests for an extension of time relating to the above-referenced filings have been requested.

It is so stipulated and agreed.

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING FORTH A BRIEFING SCHEDULE
USDC Case No.: 4:21-cv-00726-DMR

Dated: May 3, 2021                                   GEARINGER LAW GROUP


                                                     By:    */s/ Brian Gearinger*
                                                            Brian Gearinger
                                                            Attorneys for Plaintiff
                                                            I.R., a minor


Dated: May 3, 2021                                   BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


                                                     By:    */s/ Lauren E. Wood*
                                                            Eugene B. Elliot
                                                            Ethan M. Lowry
                                                            Lauren E. Wood
                                                            Attorneys for Defendants
                                                            PETALUMA CITY SCHOOLS and STEFAN
                                                            SCHAEFFER


## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.


Dated: May 3, 2021                                   By:    */s/ Lauren E. Wood*
                                                            Lauren E. Wood

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND SETTING FORTH A BRIEFING SCHEDULE
USDC Case No.: 4:21-cv-00726-DMR

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing therefore, the District Defendants shall have until May 19, 2021, to file their Motion to Dismiss Plaintiff's First Amended Complaint. The District Defendants' will reserve a hearing date of July 22, 2021 when they file the motion. Plaintiff's Opposition brief shall be due on June 9, 2021. The District Defendants' Reply brief shall be due on June 23, 2021.

Numerous Defendants have not been served with the summons and First Amended Complaint. A magistrate judge cannot decide the motion to dismiss without the consent of all parties, served and unserved. *See Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017). The court's adoption of the parties' proposed briefing and hearing schedule is based on the assumption that all parties will have been served and will have consented to magistrate judge jurisdiction. If all parties have not been served upon completion of the briefing, the court cannot adjudicate the motion and may postpone the hearing date. If any newly served party declines magistrate judge jurisdiction, the matter will be reassigned to a district judge.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 4, 2021

_____
DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
Judge Donna M. Ryu
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA