AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kevin Lewis__
was received by me on *(date)* __5/3/2021__.

☒ I personally served the summons on the individual at *(place)* __113 Rocca Dr., Petaluma, CA 94952__
on *(date)* __5/6/2021__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __5/20/2021__

Server's signature: *Oleg Grinshpan, Process Server*

Printed name and title

FreeWheelin' Attorney Service
P.O. Box 78154, San Francisco, CA 94107
Server's address

Additional information regarding attempted service, etc:

POS-020(D)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| I.R., a minor c/o SHERRI RIDRIGUEZ v PETALUMA CITY SCHOOLS | 4:21-CV-0726 DMR |

## ATTACHMENT TO PROOF OF PERSONAL SERVICE—CIVIL (DOCUMENTS SERVED)

*(This Attachment is for use with form POS-020)*

The documents that were personally served are as follows *(describe each document specifically):*

- FIRST AMENDED COMPLAINT FOR DAMAGES

- STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU

- PETITION AND ORDER FOR APPOINTMENT GUARDIAN AD LITEM

- NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE RYU

- ORDER APPOINTING SHERRI RODRIGUEZ GUARDIAN AD LITEM

Form Approved for Optional Use
Judicial Council of California
POS-020(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF PERSONAL SERVICE—CIVIL**
(Documents Served)

Page ____ of ____

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form]  [Save this form]    [Clear this form]