UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R. A MINOR,<br><br>        Plaintiff,<br><br>    v.<br><br>PETALUMA CITY SCHOOLS, et al.,<br><br>        Defendants. | Case No. 21-cv-00726-DMR<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 88 |

On June 28, 2021, the court granted the parties' stipulation regarding sealing documents using the minor Defendants' full names and ordered the parties to file replacement documents identifying the minors using only their initials by July 6, 2021. [Docket No. 88.] The parties stipulated that the parties would "relat[e] the re-filed document to the original Docket Number," and the court expressly ordered that "[e]ach corrected document shall be linked to the earlier version of that document on ECF." *Id*. at 7 (emphasis removed). The order also identified the specific documents that would be sealed and re-filed using only the minors' initials as well as the parties responsible for re-filing the documents. *Id*. at 2-4.

After certain filing errors, the court issued an order on July 2, 2021 directing the Clerk's Office to correct errors on the docket and notifying the parties that they are responsible for correcting any future filing errors themselves. [Docket No. 105.] The court expressly warned the parties "that any further failure to comply with the court's June 28, 2021 order may result in sanctions." *Id*.

The court has reviewed the list of documents the parties were ordered to re-file by July 6, 2021. Defendants P. Y., Michele Yeomans, Robert Yeomans, K. L., Kimberly Ann Thomason, and Kevin Lewis have not re-filed the documents specified in the court's June 28, 2021 order.

Accordingly, by no later than July 14, 2021, Defendants P. Y., Michele Yeomans, Robert Yeomans, K. L., Kimberly Ann Thomason, and Kevin Lewis shall show cause in writing why they should not be sanctioned for failing to comply with the June 28, 2021 order.

**IT IS SO ORDERED.**

Dated: July 12, 2021



Donna M. Ryu
United States Magistrate Judge