Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Lauren E. Wood, State Bar No. 280096
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: eelliot@bfesf.com
       elowry@bfesf.com
       lwood@bfesf.com

Attorneys for Defendants
PETALUMA CITY SCHOOLS and
STEFAN SCHAEFFER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R. a minor, through her Guardian Ad Litem, SHERRI RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>PETALUMA CITY SCHOOLS, et al.,<br><br>Defendants. | Case No. 3:21-cv-00726-RS<br><br>**DEFENDANTS PETALUMA CITY SCHOOLS AND STEFAN SCHAEFFER'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:   Thursday, August 19, 2021<br>Time:  1:30 p.m.<br>Ctrm:  3 – 17th Floor<br><br>**Hon. Richard Seeborg** |

# **NOTICE**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that on August 19, 2021, at 1:30 p.m. or as soon thereafter as the matter may be heard, in Courtroom 3 – 17th Floor, located at 450 Golden Gate Avenue, San Francisco, California, Defendants PETALUMA CITY SCHOOLS (the "DISTRICT") and STEFAN SCHAEFFER ("SCHAEFFER") (collectively hereafter "District Defendants") hereby move this Court for dismissal of Plaintiff's First Cause of Action for Violation of Constitutional Rights under 42 U.S.C. § 1983 ("section 1983 claim") for failure to state a claim upon which relief can be granted, and as to the DISTRICT based on the doctrine of sovereign immunity. This motion is brought pursuant to Federal Rules of Civil Procedure, Rules 12(b)(1) and 12(b)(6), as set forth more fully in the memorandum of points and authorities below, on the grounds that: (1) the DISTRICT is entitled to immunity from suit under the Eleventh Amendment; (2) the section 1983 claim is unsupported by facts establishing violation of a federal constitutional or statutory right; (3) the FAC fails to state a claim against SCHAEFFER because he is protected from liability by qualified immunity; and (4) the First Amended Complaint fails to allege facts sufficient to state a section 1983 claim against the DISTRICT under *Monell v. Department of Soc. Servs. of City of New York*, 436 U.S. 658 (1978). This Motion is based upon this Notice of Motion and Motion to Dismiss, the Memorandum of Points and Authorities, both filed concurrently May 19, 2021 (Dkt. Nos. 52, 94), as well as the papers on file in this action, and such other matters and submissions as may be presented to and considered by the Court.

Dated: July 15, 2021                        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:    */s/ Lauren E. Wood*
Eugene B. Elliot
Ethan M. Lowry
Lauren E. Wood
Attorneys for Defendants
PETALUMA CITY SCHOOLS and STEFAN SCHAEFFER

1

DEFENDANTS PETALUMA CITY SCHOOLS AND STEFAN SCHAEFFER'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
USDC Case No.: 3:21-cv-00726-RS