**GEARINGER LAW GROUP**
740 FOURTH STREET
SANTA ROSA, CALIFORNIA 95404
(415) 440-3102

BRIAN GEARINGER (STATE BAR #146125)

PAUL NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
72A MAIN STREET
TIBURON, CALIFORNIA 94920
TELEPHONE:         415-341-1144
FACSIMILE:         415-341-1155

ATTORNEYS FOR PLAINTIFF I.R., A MINOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| I.R., a minor, through her Guardian Ad Litem, SHERRI RODRIGUEZ , <br><br> Plaintiff, <br><br> vs. <br><br> PETALUMA CITY SCHOOLS, STEFAN SCHAEFFER, K.L., a minor, N.C., a minor, H.W.W, a minor, A.H., a minor, P.Y., a minor, et al., MICHELE YEOMANS, ROBERT YEOMANS, KIMBERLY ANN THOMASON, KEVIN LEWIS, NICOLE S. WATSON WHITE, AMANDA M. LORENZEN, JENNIFER JEANNE CONTE, RAYMOND MATTHEW CONTE, and DOES 9 to 80, <br><br> Defendants. | Case No. 3:21-cv-00726-RS <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION AGAINST DEFENDANT PETALUMA CITY SCHOOLS** <br> [F.R.C.P. Rule 41(a)(1)(A)(i)] <br><br> Date Action Filed:  January 29, 2021 <br> Trial Date:         Not Yet Assigned |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff I.R., a minor, through her Guardian *Ad Litem*, SHERRI RODRIGUEZ dismisses with prejudice her action as set forth in Plaintiff's Complaint for Damages (Dkt. No. 1;

Dkt. No. 107) and Amended Complaint for Damages (Dkt. No. 44; Dkt. No. 123) against Defendant Petaluma City Schools only. *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) ["Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment"].

Plaintiff and Defendant Petaluma City Schools will bear their own fees and costs.

Dated:  August 2, 2021                                        **LAW OFFICES OF PAUL H. NATHAN**

By: /s/ Paul Nathan
      Attorney for Plaintiff
      I.R., a minor, through her Guardian Ad
      Litem, SHERRI RODRIGUEZ

Dated:  August 2, 2021                                        **GEARINGER LAW GROUP**

By: /s/ Brian Gearinger
      Attorney for Plaintiff
      I.R., a minor, through her Guardian Ad
      Litem, SHERRI RODRIGUEZ

PLAINTIFF'S NOTICE OF ISMISSAL OF ACTION AGAINST                    2                    CASE NO. 4:21-cv-00726-DMR
DEFENDANT PETALUMA CITY SCHOOLS