```
 1  HAL CHASE, JR., ESQ. – State Bar No. 95789
    STRATMAN, SCHWARTZ & WILLIAMS-ABREGO
 2  P.O. Box 258829
    Oklahoma City, OK 73125-8829
 3  Phone: (510) 457-3440
    Email: hal.chase@farmersinsurance.com
 4
    Attorney for Defendants MICHELE YEOMANS and ROBERT YEOMANS,
 5  Individually and as guardians of P.Y., a minor
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I.R. a minor, through her Guardian Ad Litem, SHERRI RODRIGUEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> PETALUMA CITY SCHOOLS, P.Y., A MINOR, MICHELE YEOMANS, ROBERT YEOMANS, et al. <br><br> Defendants. | Case No.: 4:21-CV-00726-DMR <br><br> **SUBSTITUTION OF ATTORNEYS** |

TO ALL INTERESTED PARTIES IN THIS ACTION:

Please take note of the following:

Defendants **MICHELE YEOMANS** and **ROBERT YEOMANS**, individually and as guardians of Defendant **P.Y., a minor**, herein substitute **STRATMAN SCHWARTZ WILLIAMS-ABREGO** as their attorney in this action as follows:

<u>Former Legal Representative</u>: Nicholas J. Bernate, Esq., **CLEMENT FITZPATRICK KENWORTHY**. 3333 Mendocino Avenue, Suite 200, Santa Rosa, CA 95403; (707) 523-1181; Email: nbernate@cfk.com.

<u>New Legal Representative</u>: **STRATMAN, SCHWARTZ & WILLIAMS-ABREGO**, Handling attorney: Hal Chase Jr. (CBN 95789) P.O. Box 258829, Oklahoma City, OK 73125-8829

SUBSTITUTIONOF ATTORNEYS - 1

Phone: (510) 457-3440; Email: hal.chase@farmersinsurance.com.

Stratman Schwartz & Williams-Abrego will also assume the representation of defendant P.Y., a minor and daughter of defendants MICHELE YEOMANS and ROBERT YEOMANS for the limited purpose of completing a settlement of the claims of plaintiff I.R. a minor, through her Guardian Ad Litem, SHERRI RODRIGUEZ claims against defendants P.Y., a minor, MICHELE YEOMANS, and ROBERT YEOMANS.

DATED: July 26, 2021

STRATMAN, SCHWARTZ & WILLIAMS-ABREGO

BY: _____
HAL CHASE, JR., ESQ.
Attorney for MICHELE YEOMANS, ROBERT YEOMANS, and P.Y., a minor

DATED: July 27, 2021

CLEMENT FITZPATRICK KENWORTHY

BY: _____
NICHOLAS J. BERNATE, ESQ.
former Attorneys for MICHELE YEOMANS, ROBERT YEOMANS, and P.Y., a minor

<u>Capacity of Parties Making the Substitution:</u> MICHELE YEOMANS and ROBERT YEOMANS are defendants and the parents and guardians of defendant P.Y., a minor.

We consent to the substitution:

DATE: August 11, 2021

_____
MICHELE YEOMANS, defendant, individually and as guardian for P.Y., a minor

DATE: August 11, 2021

_____
ROBERT YEOMANS, defendant, individually and as guardian for P.Y., a minor

**SUBSTITUTION OF ATTORNEYS** - 2