**GEARINGER LAW GROUP**
740 FOURTH STREET
SANTA ROSA, CALIFORNIA 95404
(415) 440-3102

BRIAN GEARINGER (STATE BAR #146125)

PAUL NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
72A MAIN STREET
TIBURON, CALIFORNIA 94920
TELEPHONE:        415-341-1144
FACSIMILE:         415-341-1155

ATTORNEYS FOR PLAINTIFF I.R., A MINOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I.R., a minor, through her Guardian Ad Litem, SHERRI RODRIGUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> K.L., a minor, N.C., a minor, H.W.W, a minor, A.H., a minor, P.Y., a minor, et al., MICHELE YEOMANS, ROBERT YEOMANS, KIMBERLY ANN THOMASON, KEVIN LEWIS, NICOLE S. WATSON WHITE, AMANDA M. LORENZEN, JENNIFER JEANNE CONTE, RAYMOND MATTHEW CONTE, and DOES 9 to 80, <br><br> Defendants. | Case No. 3:21-cv-00726-RS <br><br> **STIPULATION AND ORDER TO VACATE THE JANUARY 27, 2022 CASE MANAGEMENT CONFERENCE** <br><br> Date Action Filed:    January 29, 2021 Trial Date:    **July 11, 2022** |

Pursuant to Northern District of California Local Rule 7-12, Plaintiff I.R., a minor, through her Guardian Ad Litem, Sherri Rodriguez ("Plaintiff"); Defendants K.L., a minor, Kimberly Ann Thomason, and Kevin Lewis, by and through their counsel of record (collectively the "Lewis Defendants"); Defendants P.Y., a minor, Michelle Yeomans and Robert Yeomans, by

1  and through their counsel of record (collectively the "Yeomans Defendants"); and Defendant
2  H.W.W., a minor, by and through her Guardian ad Litem Nicole Watson ("Defendant H.W.W.");
3  represent to the Court and stipulate as follows:

4  WHEREAS, the Parties are submitting this Stipulation in lieu of the Joint Case
5  Management Statement ordered by the Court in its Initial Case Management Scheduling Order
6  (Dkt. # 180).

7  WHEREAS, Lewis Defendants have reached a settlement in principle with Plaintiff, that
8  will be completed in the next seven to ten days;

9  WHEREAS, Plaintiff and the Yeomans Defendants have executed a settlement
10 agreement and release that is contingent upon a determination that it is a good faith settlement,
11 and the Yeomans Defendants have filed a Motion to Determine Good Faith Settlement on
12 October 8, 2021 (Dkt. #186) that has not yet been acted upon by the Court;

13 WHEREAS, Plaintiff and Defendant H.W.W. have executed a settlement agreement and
14 release that is contingent upon a determination that it is a good faith settlement;

15 WHEREAS, Plaintiff will file a Petition to Approve Compromise of Pending Action as to
16 the Plaintiff's claims against the Lewis Defendants, the Yeomans Defendants, and Defendant
17 H.W.W. after Plaintiff and the Lewis Defendants complete their settlement in principle;

18 WHEREAS all parties agree that the Case Management Conference scheduled for
19 January 27, 2022 at 10:00 AM, should be vacated and, instead, the parties will focus on
20 completing and funding the various settlements; and

21 WHEREAS, the parties will file a Stipulations and Proposed Order dismissing the action
22 against the Lewis Defendants, the Yeomans Defendants, and Defendant H.W.W. after the Court
23 rules on Plaintiff's Petition to Approve Compromise of Pending Action as to the Plaintiff's
24 claims against the Lewis Defendants, the Yeomans Defendants, and Defendant H.W.W.

25 WHEREAS, Plaintiff still intends to seek default judgments against the following
26 defendants against whom Plaintiff has requested an Entry of Default and the Clerk has issued a
27 Notice of Entry of Default:

28  • Defendants N.C., a minor, Jennifer Jeanne Conte, and Raymond Matthew Conte

1  (Dkt. # 144 and Dkt. # 151);

2  • Defendant Amanda M. Lorenzen (Dkt. # 138 and Dkt. # 139)); and

3  • Defendant A.H., a minor (Dkt. # 171 and Dkt. # 172).

Dated:  January 19, 2022                GEARINGER LAW GROUP


By:  ___/s/ *Brian Gearinger*_____
      BRIAN GEARINGER
Attorneys for Plaintiff I.R., a minor

LAW OFFICES OF PAUL H. NATHAN

By:  ___/s/ *Paul Nathan*_____
      PAUL NATHAN
Attorneys for Plaintiff I.R., a minor

Dated:  January 19, 2022                RAFF LAW, APC


By:  ___/s/ *John A. Loveman*_____
John A. Loveman
Attorneys for Defendants K.L., Kimberly Ann Thomason, and Kevin Lewis

DATED:  January 19, 2022                STRATMAN & WILLIAMS-ABREGO



By:  ___/s/ *Hal Chase, Jr.*_____
Hal Chase, Jr.
Attorneys for Defendants P.Y., a minor, Michele Yeomans, Robert Yeomans

DATED:  January 19, 2022                HAAPALA, THOMPSON & ABERN, LLP


By:  ___/s/ *Jody Struck*_____
Jody Struck
Attorneys for Defendant H.W.W., a minor, through her Guardian ad Litem Nicole S. Watson

STIPULATION AND [PROPOSED] ORDER TO VACATE THE JANUARY 27, 2022 CASE MANAGEMENT CONFERENCE     3     U.S.D.C. CASE NO. 3:21-cv-00726-RS

**ORDER**

Pursuant to the Parties' stipulation and for good cause appearing, the Parties' request to vacate the Case Management Conference scheduled for January 27, 2022 at 10:00 AM is GRANTED.

IT IS SO ORDERED.

Dated: January 20, 2022

_____
THE HON. RICHARD SEEBORG
United States District Court Judge