UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R. A MINOR,<br><br>             Plaintiff,<br><br>      v.<br><br>N.C. A MINOR, et al.,<br><br>             Defendants. | Case No. 21-cv-00726-RS<br><br>**JUDGMENT** |

Pursuant to the order granting plaintiff's motion for default judgment filed this date, judgment is hereby entered in favor of plaintiff and against each of the following defendants individually and separately: Raymond Matthew Conte in the amount of $20,000; Jennifer Jeane Conte in the amount of $20,000; Amanda M. Lorenzen in the amount of $20,000.

**IT IS SO ORDERED**.

Dated: April 11, 2022

_____
RICHARD SEEBORG
Chief United States District Judge